IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | CASE NO. CR421-088 |
| ) | |
| TIFFANNI FORBES,     ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## O R D E R

Before the Court is Defendant Tiffanni Forbes's Unopposed Motion for Early Termination of Probation. (Doc. 47.) In her motion, Defendant seeks early termination of her three-year probation. (Id. at 1.) The Government, after considering the United States Probation Office's position, does not oppose Defendant's motion. (Doc. 48.)

In June 2021, Defendant pleaded guilty to conspiracy to engage in interstate travel or transportation in aid of a racketeering enterprise (commercial bribery and kickbacks) in violation of 18 U.S.C. §§ 371 and 1952(a)(3)(A). (Doc. 27.) In October 2021, Defendant was sentenced to three years' probation. (Doc. 43 at 2.) According to Defendant, she has been compliant with the terms of her probation, and her probation officer does not oppose the motion. (Doc. 47 at 1.)

Pursuant to 18 U.S.C. § 3564(c), this Court may terminate a term of probation and discharge a defendant at any time after the defendant has completed one year of probation, if the Court is satisfied that such action is warranted by the conduct of the

defendant and the interest of justice. After careful consideration of the record in this case, however, Defendant's motion (Doc. 47) is **DENIED**. After Defendant has served at least half of her probation sentence, Defendant may file another motion for early termination of probation for the Court's consideration.

SO ORDERED this 29th day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA